AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dora May Turner <br> *Plaintiff* <br> v. <br> Commissioner of the Social Security Administration <br> *Defendant* | ) ) ) ) ) ) Civil Action No.    4:20-cv-2861-TER |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___%, plus postjudgment interest at the rate of ___%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:    August 25, 2021

ROBIN L. BLUME
*CLERK OF COURT*

s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*